IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
AUG 10 2010
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

WHITNEY R. PALAFOX                                                          PLAINTIFF

v.                                    CIVIL NO. 10-2118

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                              DEFENDANT

## ORDER

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered this 10th day of August 2010:

Plaintiff's motion for leave to proceed *in forma pauperis* is granted. The clerk is directed to file the complaint *nunc pro tunc* as of August 5, 2010. Additionally, the court directs that a copy of the complaint, along with a copy of this order, be served by Plaintiff by certified mail, return receipt requested, on Defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Eric H. Holder, Jr., U.S. Attorney General, and Mark W. Webb, Assistant U.S. Attorney, without prepayment of fees and costs. Defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED.

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
CHIEF U.S. MAGISTRATE JUDGE